UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

____ FILED    ____ ENTERED
____ LOGGED    ____ RECEIVED

JAN  6 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                  DEPUTY

Lucas Williams

             Plaintiff

    v.

Sergio Jimenez, Kevin C. McClanahan,

Carmen Pacheco, Dawn Hill-Kearse,

Wavny Toussaint

             Defendants

Index No. SAG 26 CV 00047

Jury Trial Demanded

Complaint

---

1. Upon information and belief, Defendants conspired with individuals in LT-325749-22/KI, in which the next court appearance is scheduled for 2/4/26 before Defendant Sergio Jimenez,

2. All defendants conspired together in violation of due process,

3. This Court has jurisdiction under federal law.

## PRAYER FOR RELIEF

Plaintiff demands sum of money to be decided by jury against all Defendants for compensatory damages and punitive damages estimated over $500,000.

## VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 12/29/25